

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-18-00007-CR

**IN RE** Ruben **SERNA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

On January 5, 2018, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 9, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2015CR9771 2016CR10100 2017CR1340A, styled *The State of Texas v. Ruben Serna*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.